**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| GARRY MICHEL, | : | |
| | | Civil Action No. 12-2653 (JBS) |
| Petitioner, | : | |
| v. | : | **O R D E R** |
| DONNA ZICKEFOOSE, | : | |
| Respondent. | : | |

For the reasons set forth in the accompanying Opinion filed on this date,

IT IS ON THIS __20th__ day of __February__, 2013;

ORDERED that Respondent's Motion to Dismiss (docket entry 14), is hereby GRANTED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall mark this matter CLOSED.

          s/ Jerome B. Simandle
          JEROME B. SIMANDLE
          Chief Judge
          United States District Court